# United States District Court
## Southern District of Georgia

TRAVION TERRELL HALL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 318-015

PHILLIP HALL; RODNEY MCCLOUD; and MS. LEWIS,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated July 11, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's Complaint is dismissed for failure to state a claim. This case stands closed.



07/11/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*